# UNITED STATES DISTRICT COURT
## District of Minnesota

Jintia Franklin Naanch Jimpikit,

Petitioner(s),

v.

Todd Lyons, Pamela Bondi, Kristi Noem, Daren Margolin, David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1097 NEB/ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

   b. ORDERS that Respondents must immediately release Petitioner from custody in Minnesota subject to the conditions of Petitioner's August 10, 2023 Order of Release on Recognizance. Respondents must release Petitioner from custody in Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel, but not later than 24 hours after entry of this Order;

   c. ORDERS that Respondents release Petitioner in Minnesota with all Petitioner's personal effects, including all personal property seized during Petitioner's arrest

such as, but not limited to, immigration paperwork; and

d. ORDERS that, within **two days** of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred.

Date: 2/9/2026

KATE M. FOGARTY, CLERK